IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                      **Case No. 4:18-cr-00016-02 KGB**

**KENWAN SHERROD**                                                      **DEFENDANT**

## **ORDER**

Before the Court is defendant Kenwan Sherrod's motion for adjustment of sentence (Dkt. No. 111). Mr. Sherrod requests the application retroactive of United States Sentencing Guideline Amendment 821 regarding "zero point" criminal history. Although Mr. Sherrod had zero criminal history points, he does not qualify for the reduction because he possessed a firearm in connection with the offense, as set out in the indictment, the plea agreement, and the presentence report (Dkt. Nos. 3; 91).[1] *See* United States Sentencing Guidelines § 4C1.1(a)(7). Additionally, Mr. Sherrod's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." (Dkt. No. 91, at 4). Because Mr. Sherrod knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan,* 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

The Court denies Mr. Sherrod's motion for adjustment of sentence (Dkt. No. 111).

---

[1] Count 3 of the indictment charged Mr. Sherrod with possessing a firearm in furtherance of a drug trafficking offense (Dkt. No. 3, at 2). Mr. Sherrod entered a guilty plea to the offense in Count 3 (Dkt. No. 91, at 1–2). The PSR noted in paragraph 6, "[w]hen officers located one of the firearms, Mr. Sherrod spontaneously stated, 'That's my gun.'"

It is so ordered this 3rd day of April, 2024.

                                                                         _____
                                                                         Kristine G. Baker
                                                                         Chief United States District Court Judge